IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-29-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JESSE JON STRACK, | |
| Defendant. | |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 33), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture allegation action in the above-captioned case is **DISMISSED with prejudice**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 1st day of February, 2022.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1